ELD-003
# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **24-1723**

M&T BANK, other Hudson City Savings Bank

   VS.

CHRYSSOULA ARSENIS; ET AL.,
       Chryssoula Arsenis, Appellant

   (D.N.J. Civ. No. 3-24-cv-04561)

Present: PORTER, and PHIPPS, Circuit Judges

       Submitted is "Emergency Brief Motion in Support of Temporary Restraining Order to Stay Remand Order and Halt Further State Court Actions Before November 8, 2024"

       in the above-captioned case.

                                   Respectfully,

                                   Clerk

_____ORDER_____

       The foregoing "Emergency Brief Motion in Support of Temporary Restraining Order to Stay Remand Order and Halt Further State Court Actions Before November 8, 2024" is denied. Appellant has not satisfied the requirements for obtaining a stay of the District Court's April 17, 2024 text order or a temporary restraining order. In particular, Appellant has failed to demonstrate that she is likely to succeed on the merits of her appeal or that it would be in the public's interest to grant relief, and it is clear that M&T Bank would be injured if relief were granted. See In re Revel AC, Inc., 802 F.3d 558, 565 (3d Cir. 2015) (setting forth the standard for evaluating motion for a stay); see also Hope v. Warden York Cty. Prison, 972 F.3d 310, 319-20 (3d Cir. 2020) (setting forth the same standard for evaluating motion for a temporary restraining issue).

By the Court,

s/David J. Porter
Circuit Judge

Dated: November 6, 2024
SB/JK/cc: Chryssoula Arsenis
All Counsel of Record